AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Nigel Saunders | ) Case No: 1:21cr59HSO- BWR -006 |
| | ) USM No: 20322-043 |
| Date of Original Judgment: 07/21/2022 | ) |
| Date of Previous Amended Judgment: | ) Abby Brumley Edwards |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
Apr 24 2024
ARTHUR JOHNSTON, CLERK

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 07/21/2022 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 04/24/2024

Effective Date: 04/24/2024
*(if different from order date)*

*Judge's signature*

The Honorable Halil Suleyman Ozerden, U.S. District Judge
*Printed name and title*